# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2008

135236

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEARKA DEWAUN SWIFT,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135236
COA: 271105
Calhoun CC: 2006-000205-FH

On order of the Court, the application for leave to appeal the October 18, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2008

_____
Clerk

l0130